IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No. 4:20-cv-01871 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RADLEY BRADFORD, and Defendant, CAPITAL ONE BANK (USA), N.A. ("Defendant"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree to a dismissal with prejudice of all of Plaintiff's individual claims, causes of action, and demands asserted against Defendant in the above-referenced lawsuit ("Lawsuit") and all individual claims, causes of action, and demands that Plaintiff could have asserted against Defendant in the Lawsuit. The parties further stipulate and agree to the dismissal of the class action claims, causes of action, and demands asserted against Defendant in the Lawsuit without prejudice pursuant to Fed. R. Civ. P. 23(e). Plaintiff and Defendant shall each bear its own attorney's fees and costs.

Dated: October 6, 2020

Respectfully Submitted,

PLAINTIFF RADLEY BRADFORD

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181

DEFENDANT CAPITAL ONE BANK (USA), N.A.

*/s/ Kent D. Krabill (with consent)*
Kent D. Krabill, PLLC
LYNN PINKER HURST &
SCHWEGMANN, LLP
2100 Ross Avenue,
Suite 2700

mbadwan@sulaimanlaw.com

Dallas, Texas 75201
Telephone: (214) 981-3800
kkrabill@lynnllp.com