United States District Court
Southern District of Texas
**ENTERED**
October 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD,<br><br>　　　Plaintiff,<br>VS.<br><br>CAPITAL ONE, N.A.,<br><br>　　　Defendant. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:20-CV-1871<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this ___6th___ day of October, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**